UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
v.                           )    No.:   3:23-CR-94-TAV-JEM
                             )
MICHAEL C. GREUTMAN,         )
                             )
            Defendant.       )

## **ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on May 19, 2026 [Doc. 40].  Judge McCook recommends that the Court deny defendant's motion for mental and physical health evaluation [Sealed Doc. 38].  There have been no timely objections filed to the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 40].  Defendant's motion for mental and physical health evaluation [Sealed Doc. 38] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE